AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Doug Evans, District Attorney__
was received by me on *(date)* __12/2/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Patsy G. Evans, wife of Doug Evans__ , a person of suitable age and discretion who resides there,
on *(date)* __12/3/2019__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/3/2019__

__Angela Galloway__
*Server's signature*

__Angela Galloway__
*Printed name and title*

__481 Chucky Mullins Dr., University, MS 38677__
*Server's address*

Additional information regarding attempted service, etc:

Doug Evans was not at his office located at 234 First Street, Grenada, Mississippi. I served his wife, Patsy G. Evans at their residence located at 4182 Carrollton Road, Grenada, Mississippi 38901. I also mailed a copy of the summons and complaint to Doug Evans at that residential address.