# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ATTALA COUNTY, MISSISSIPPI,
BRANCH OF THE NAACP, ANTONIO
RILEY, SHARON N. YOUNG, CHARLES
HAMPTON, and RUTH ROBBINS                                                       PLAINTIFFS

VS.                                               CIVIL ACTION NO. 4:19-CV-167-DMB-JMV

DOUG EVANS, IN HIS OFFICIAL
CAPACITY AS DISTRICT ATTORNEY
OF THE FIFTH CIRCUIT COURT
DISTRICT OF MISSISSIPPI                                                         DEFENDANT

## ORDER STAYING CERTAIN PROCEEDINGS

The Local Uniform Civil Rules provide that "a motion asserting… a jurisdictional defense stays the attorney conference and disclosure requirements and **all discovery**, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief." L. U. Civ. R. 16(b)(3)(B) (emphasis added).

The defendant has filed a motion to dismiss for lack of jurisdiction. Doc. #8. Accordingly, staying discovery in this case is appropriate at this time.

If any party desires to seek leave to take jurisdiction-related discovery, it must file a motion for leave to do so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to any motion for jurisdiction-related discovery, it shall file an objection within four (4) days following service of the motion.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the jurisdictional motion. The defendant shall notify the

undersigned magistrate judge within seven (7) days of resolution of the pending motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, January 2, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**