IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ATTALA COUNTY, MISSISSIPPI,**                                       **PLAINTIFFS**
**BRANCH OF THE NAACP; et al.**

**V.**                                                    **NO. 4:19-CV-167-DMB-JMV**

**DOUG EVANS, in his official capacity**
**as District Attorney of the Fifth Circuit**
**Court District of Mississippi**                                      **DEFENDANT**

## ORDER GRANTING EXTENSION

On February 5, 2020, Doug Evans filed a motion to extend until February 14, 2020, the deadline to reply in support of his motion to dismiss. Doc. #14. As grounds, Evans represents that "[t]he time period for [his] reply falls within several deadlines for [his] counsel …." *Id*. at 2. Evans also represents that the requested extension is unopposed. *Id*.

Upon consideration, the motion [14] is **GRANTED**. Evans' deadline to reply in support of the motion to dismiss is extended through and until February 14, 2020.

**SO ORDERED**, this 6th day of January, 2020.

                                                                      **/s/Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**