IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ATTALA COUNTY, MISSISSIPPI,
BRANCH OF THE NAACP, ANTONIO
RILEY, SHARON N. YOUNG, CHARLES
HAMPTON, and RUTH ROBBINS,

          Plaintiffs,

  v.

DOUG EVANS, IN HIS OFFICIAL
CAPACITY AS DISTRICT ATTORNEY OF
THE FIFTH CIRCUIT COURT DISTRICT
OF MISSISSIPPI,

          Defendant.

Civil Action No. 4:19-CV-167-DMB-JMV

**PLAINTIFFS' SUPPLEMENT TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

1

Pursuant to Uniform Local Rule 7(b)(6)(A), Plaintiffs hereby request oral argument on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, Abstention (ECF No. 8). Plaintiffs' believe that argument would aid the court in the resolution of Defendant's motion.

          Respectfully submitted,

          /s/ Christopher E. Kemmitt
          Christopher E. Kemmitt*
          NAACP LEGAL DEFENSE &
             EDUCATIONAL FUND, INC.
          700 14th Street, NW, Suite 600
          Washington, DC 20005
          Phone: (202) 682-1300
          Fax: (202) 682-1312
          ckemmitt@naacpldf.org

          Liliana Zaragoza*
          NAACP LEGAL DEFENSE &
             EDUCATIONAL FUND, INC.
          40 Rector Street, 5th Floor
          New York, NY 10006
          Phone: (212) 965-2200
          Fax: (212) 226-7592
          lzaragoza@naacpldf.org

          /s/ James Craig
          James Craig, MS Bar No. 7798
          Emily Washington*
          Roderick & Solange MacArthur Justice Center
          4400 S. Carrollton Avenue
          New Orleans, LA 70119
          Phone: (504) 620-2259
          Fax: (504) 208-3133
          jim.craig@macarthurjustice.org
          emily.washington@macarthurjustice.org

          *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of this Court using the ECF system which transmitted a copy to all counsel of record.

Dated: February 12, 2020.

>  */s/ Christopher E. Kemmitt*
>  Christopher E. Kemmitt